IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| WANDA L. VANDUZER, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. _____ |
| MGM NATIONAL HARBOR, LLC, | * | (State Court Case No. CAL21-05846) |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT MGM NATIONAL HARBOR, LLC'S**
**NOTICE OF REMOVAL**

Defendant, MGM National Harbor, LLC ("MGMNH, LLC" or "Defendant"), by and through its undersigned counsel, hereby notices the removal of this civil action to the United States District Court for the District of Maryland, Southern Division, from the Circuit Court for Prince George's County, Maryland, Civil Case No. CAL21-05846. MGMNH, LLC removes this civil action pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and Local Rule 103.5 because the requisite diversity of citizenship between Plaintiff and MGMNH, LLC exists, and the amount in controversy exceeds $75,000, exclusive of interest and costs. In support of this Notice of Removal, MGMNH, LLC states as follows:

**Background**

1.  On or about May 24, 2021, Plaintiff, Wanda L. Vanduzer ("Plaintiff" or "Ms. Vanduzer"), filed this action against MGMNH, LLC in the Circuit Court for Prince George's County, styled as *Wanda L. Vanduzer v. MGM National Harbor, LLC*, Case No. CAL21-05846. A copy of Plaintiff's Complaint is attached hereto as **Exhibit 1**.

2. MGMNH, LLC was served with a Writ of Summons, Civil Case Information Report, and a copy of Plaintiff's Complaint on July 6, 2021. A copy of the Writ of Summons and the Civil Case Information Report for the original complaint are attached hereto as **Exhibit 2** and **Exhibit 3**, respectively.

3. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(1) because it has been filed within thirty (30) days of service upon MGMNH, LLC of Plaintiff's initial pleading. *See* 28 U.S.C. § 1446(b).

## Removal Based on Diversity Jurisdiction

4. Ms. Vanduzer is an individual residing at 7504 Temple Hill Road, Temple Hills, MD, 20748. *See* **Ex. 1** at p. 1. For the purposes of diversity, Plaintiff is a citizen of Maryland.

5. Plaintiff's Complaint names MGMNH, LLC as the only defendant. *See* **Ex. 1** at p. 1. As explained in more detail below, for diversity purposes, MGMNH, LLC is a citizen of the States of Delaware and Nevada.

6. Limited liability companies do not have their own citizenship; instead the citizenship of a limited liability company is determined by the citizenship of its corporate and individual members and partners. *See, e.g., Carden v. Arkoma Assocs.*, 494 U.S. 185, 195 (1990).

7. MGMNH, LLC has a sole member: MGM Resorts International.

8. A corporation is deemed to be a citizen of both the state(s) of its incorporation and the state where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1).

9. MGM Resorts International is a corporation incorporated under the laws of the State of Delaware, with a principal place of business in Las Vegas, Nevada, and thus is a citizen of the States of Delaware and Nevada.

10. Accordingly, for the purposes of diversity, MGMNH, LLC is a citizen of Delaware and Nevada and there is complete diversity of citizenship between Plaintiff and Defendant.

11. The amount in controversy in this matter exceeds the sum of seventy-five thousand dollars ($75,000), exclusive of interest and costs. *See, e.g.*, **Ex. 1** at p. 3.

12. Additionally, this Notice of Removal satisfies the unanimity rule of 28 U.S.C. § 1446(b)(2)(A) because MGMNH, LLC is the only Defendant to have been "properly joined and served" as of the date of this removal.

13. As a result, this Court can properly exercise jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

## Removal Procedure

14. In accordance with 28 U.S.C. § 1446(d), a Notice of Filing of Notice of Removal, along with a copy of this Notice of Removal, is being filed with the Circuit Court for Prince George's County, Maryland contemporaneously herewith. A copy of that Notice is attached hereto as **Exhibit 4**. MGMNH, LLC has served all parties with a copy of the Notice of Removal by first class mail, postage prepaid.

15. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 103.5(a), true and legible copies of all process, pleadings, papers, and Orders which have been served upon MGMNH, LLC in this matter are attached hereto as **Exhibits 1, 2, 3, and 4**.

16. Furthermore, pursuant to Local Rule 103.5(a), within thirty (30) days after the filing of this Notice of Removal, MGMNH, LLC will file true and legible copies of all other papers, if any, then on file in the state court, together with a certification from counsel that all filings in the state court action have been filed in the United States District Court for the District of Maryland.

17. By filing this Notice of Removal, MGMNH, LLC does not waive, and hereby expressly reserves, any and all defenses to which it may be entitled.

WHEREFORE, based upon the foregoing allegations in this Notice of Removal, Defendant, MGM National Harbor, LLC, hereby removes this action to the United States District Court for the District of Maryland, Southern Division.

Respectfully submitted,

*/s/ Michael J. Halaiko*
Michael J. Halaiko, Esq. (No. 27650)
Bryan Gales, Esq. (No. 19671)
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 South Charles Street, Suite 1600
Baltimore, Maryland 21201
Phone: (443) 392-9400
Fax: (443) 392-9499
mike.halaiko@nelsonmullins.com
bryan.gales@nelsonmullins.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of July, 2021, a copy of the foregoing Defendant MGM National Harbor, LLC's Notice of Removal was served via CM/ECF to all parties of record and sent via first class mail, postage-prepaid to all parties and/or their counsel as follows:

Alison M. Heurich
LAW OFFICE OF JAMES E. FARMER, LLC
3475 Leonardtown Road, Suite 200
Waldorf, MD 20601

*Attorney for Plaintiff*

                                                     */s/Michael J. Halaiko*
                                                    Michael J. Halaiko, Esq