# EXHIBIT 1



IN THE CIRCUIT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

WANDA L. VANDUZER                           :
7504 Temple Hill Road
Temple Hills, Maryland 20748                :

     *Plaintiff;*                         :

v.                                          :       Case No.:

MGM NATIONAL HARBOR, LLC                    :       CAC21-05846
101 MGM National Avenue
Oxon Hill, Maryland 20745                   :
SERVE ON RESIDENT AGENT:
  CSC-Lawyers Incorporating Service Co.   :
  7 St. Paul Street, Suite 820
  Baltimore, Maryland 21202                :

     *Defendant.*                        :

**COMPLAINT**

     COMES NOW the Plaintiff, WANDA L. VANDUZER, by and through her attorneys,

ALISON M. HEURICH, and the law office of James E. Farmer, LLC, and sues the Defendant,

MGM NATIONAL HARBOR, LLC, and for reasons therefore state:

     1.    That at all times relevant hereto, the Defendant, MGM NATIONAL HARBOR,

LLC, owned and operated MGM National Harbor, a casino/ hotel/ venue in the National

Harbor of Prince George's County, Maryland operating under the laws of Maryland, and whose

resident agent is located in Baltimore, Maryland.

     2.    That Plaintiff, WANDA L. VANDUZER, is a resident of Temple Hills, in

Prince George's County, Maryland.

**COUNT I**
(Negligence)

3.      That on or about July 11, 2018, the Plaintiff, WANDA L. VANDUZER, had been a lawful patron of MGM National Harbor located at 101 MGM National Avenue in Oxon Hill of Prince George's County, Maryland.

4.      The Defendant, MGM NATIONAL HARBOR, LLC, owed a duty to the Plaintiff, WANDA L. VANDUZER, to use ordinary care to see that those portions of the property which the Plaintiff, WANDA L. VANDUZER, reasonably may have been expected to use were safe, or, if not safe, to give the Plaintiff, WANDA L. VANDUZER, reasonable notice of the unsafe condition.

5.      The Defendant, MGM NATIONAL HARBOR, LLC, breached its duty to the Plaintiff, WANDA L. VANDUZER, by failing to use ordinary care to ensure that the restrooms and all other areas were not wet or to give reasonable notice to the Plaintiff, WANDA L. VANDUZER, of the existence of a hazardous or dangerous condition created by water on the floors.

6.      The Defendant, MGM NATIONAL HARBOR, LLC, was negligent in that it failed to take reasonable steps to inspect or examine the floors of the premises, to include the restrooms and all other portions of the property the Plaintiff may have been expected to use, and to remove or give reasonable notice of the presence of such conditions, when it knew or should have known that such conditions were likely to occur; failed to properly maintain the restrooms and promptly clean up the water which was covering the floor of the restroom, failed to place signs or other warnings when it knew or should have known of the existence of such wet, slippery, and thereby dangerous conditions.

7.     That as a direct and proximate result of the negligence of the Defendant, MGM NATIONAL HARBOR, LLC, the Plaintiff, WANDA L. VANDUZER, without any negligence on her part contributing thereto, was caused to fall to the ground after slipping on water which was covering the floor in the women's restroom, resulting in injuries.

8.     That as a direct and proximate result of the negligence of the Defendant, MGM NATIONAL HARBOR, LLC, the Plaintiff, WANDA L. VANDUZER, has been required to undergo lengthy medical care, medication, and numerous diagnostic procedures associated with her injuries, and pain and discomfort.

9.     That as a further and proximate result of the Defendant, MGM NATIONAL HARBOR, LLC's, negligence, the Plaintiff, WANDA L. VANDUZER, has suffered anxiety, fear, and emotional stress, associated with extensive medical and diagnostic procedures to which she has been subjected and which she will continue to experience.

10.    That as a further proximate result of the Defendant, MGM NATIONAL HARBOR, LLC's, negligence, the Plaintiff, WANDA L. VANDUZER, has incurred expenses associated with her medical treatment, diagnostic testing, and medication as well as transportation costs to and from her treatment, and she will continue to incur these expenses in the future.

WHEREFORE, the Plaintiff, WANDA L. VANDUZER, demands judgment be entered against the Defendant, MGM NATIONAL HARBOR, LLC, for a sum in excess of Seventy-Five Thousand Dollars ($75,000.00) in compensatory damages, with interest and costs.

Respectfully Submitted,

ALISON M. HEURICH, ESQUIRE
CPF#: 0606130202
Law Office of James E. Farmer, LLC
3475 Leonardtown Road, Suite 200
Waldorf, Maryland 20601
(301) 843-3890
aheurich@farmer-law.com
*Attorneys for Plaintiff*

## ELECTION FOR JURY DEMAND

Plaintiff, WANDA L. VANDUZER, by and through her attorneys, ALISON M.

HEURICH, and the law office of James E. Farmer, LLC demands a trial by jury as to all issues.

ALISON M. HEURICH, ESQUIRE
CPF#: 0606130202